# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2174

_____

C.R., the caregiver,

    Petitioner,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 30, 2020

PER CURIAM.

The Court sua sponte accepts the amended petition for writ of certiorari filed August 7, 2020. The amended petition is dismissed as untimely. *See* Fla. R. App. P. 9.100(c).

LEWIS, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jill W. Warren, Pensacola, for Petitioner.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Respondent.